# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Anthony Bryant | ) Case: 1:25-mj-00173 |
| DOB: XXXXXX | ) Assigned To: Judge Harvey, G. Michael |
|  | ) Assign. Date: 8/26/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 24, 2025__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees, |
| 18 U.S.C. § 115(a)(1)(B) | Influencing, impeding, or retaliating against a federal official by threatening, |
| DC Code § 22-1810 | Threatening to kidnap or injure a person. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Sam Shahrani, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/26/2025

*Judge's signature*

City and state: Washington, D.C.   Michael Harvey, U.S. Magistrate Judge
*Printed name and title*