## STATEMENT OF FACTS

On August 24, 2025, at approximately 11:00 PM, Metropolitan Police Department ("MPD") Officer Adam Smith, Badge # 3757, was on patrol in the 1500 block of 14th Street NW in the District of Columbia. Officer Smith was flagged down by several members of the Ohio and Delaware National Guard, who were conducting patrols in the area as part of an August 11, 2025, Executive Order, "Declaring a Crime Emergency in the District of Columbia." The members of the National Guard were employees of the United States and federal law enforcement officers. They were dressed in their uniforms and acting in performance of their official duties at the time of the offense.

The National Guard members told Officer Smith that an individual, later identified as Paul Anthony BRYANT (BRYANT), threatened and physically assaulted National Guard members. Based on the information from the National Guard members, a "lookout" for BRYANT's description was broadcast over the MPD radio network.

Officer Smith spoke with several members of the National Guard, including Nicholas Tekancic, Damien Crawford, and David Somma. Those National Guard members stated that BRYANT approached them in the vicinity of 1615 14th Street NW, and made statements to them, including: "These are our streets"; "I'll kill you"; and words to the effect that BRYANT was "strapped." National Guard members understood "strapped" to mean that BRYANT was armed, and National Guard members feared for their safety.

Officer Smith also spoke with National Guard member Phillip Mescher, who stated that BRYANT approached Mescher and Cameron Terhark in front of 1541 14th Street NW. National Guard member Mescher told Officer Smith that BRYANT threw his left shoulder into Mescher's left shoulder, making physical contact.

Based on the lookout, MPD Officers located and stopped BRYANT at approximately 12:30 AM in the 1500 block of 12th Street NW, Washington, DC. MPD Officers discovered an unholstered handgun in the rear of BRYANT's waistband. National Guard members Mescher and Terhar positively identified BRYANT to MPD officers as the individual who made physical contact with National Guard member Mescher.

Officers conducted a check of firearms records and learned that the handgun was legally registered to BRYANT in the District of Columbia and that BRYANT had a valid concealed carry permit for the firearm. The firearm was identified as a Glock Model 47 handgun, with serial number CFBC2901 and was loaded with one 9mm round in the chamber. At the time it was recovered, the firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, designed to be fired with one hand, and had a barrel length of less than 12 inches. A photograph of the firearm is below.



*Figure 1 - The firearm recovered from BRYANT's person, circled in red.*

While in custody, BRYANT spontaneously stated that the magazine from the firearm was located inside his vehicle. The officers located BRYANT's vehicle across from 1734 14th Street NW. A gun-detection dog was brought to BRYANT's vehicle and indicated a positive hit. A search of the vehicle was conducted, during which a magazine compatible with the firearm recovered from BRYANT was located, along with ammunition and a shotgun.

As such, your affiant submits that probable cause exists to charge Paul Anthony Bryant with violating 18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States), 18 U.S.C. § 115(a)(1)(B) (Influencing, impeding, or retaliating against a federal official by threatening), and DC Code § 22-1810 (Threatening to kidnap or injure a person).

                    *Sam D. Shahrani*

_____
Special Agent Sam Shahrani
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of August 2025.*

_____
HONORABLE MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE