UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25-MJ-00173** |
| | : | |
| **PAUL ANTHONY BRYANT,** | : | **VIOLATION:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding Certain Officers or Employees)** |
| | : | |
| | : | **22 D.C. Code § 407** |
| | : | **(Threats to do Bodily Harm)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 24, 2025, within the District of Columbia, **PAUL ANTHONY BRYANT**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, P.M., a National Guard Member, while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about August 24, 2025, within the District of Columbia, **PAUL ANTHONY BRYANT**, did make threats to be bodily harm to National Guard Members N.T., D.C., and D.S.

(**Threats to do Bodily Harm,** in violation of 22 D.C. Code, Section 407 (2001 ed.))

1

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

_____
JONATHAN R. HORNOK
Assistant United States Attorney Chief of the Criminal Division

/s/ *Jessica Bove*
JESSICA BOVE
PA Bar # 328892
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7566
Jessica.Bove@usdoj.gov

1